IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
_____ DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

U. S. DISTRICT COURT
Southern District of Ga.
Filed In Office
10:00 AM
May 1, 2024
Deputy Clerk

Roger Ussery

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Plaintiff

VS.

Law office of Public Defender
Columbia Judicial Circuit

(NAME OF EACH DEFENDANT)

Kelly Williams

Defendant(s)

CIVIL ACTION NO: CV124-057

## I. GENERAL INFORMATION

1. Your full name **and** prison number: Roger Junior Ussery 1003036902
2. Name and location of prison where you are **now** confined: _____
3. Sentence you are now serving (how long?) 3 years
   (a) What were you convicted of? theft by taking
   (b) Name and location of court which imposed sentence 640 Ronald Reagan Drive PO office box 2930 Evans GA 30809
   (c) When was sentence imposed? Dec 2021
   (d) Did you appeal your sentence and/or conviction?  Yes ☐  No ☑
   (e) What was the result of your appeal? _____

(f) Approximate date your sentence will be completed  NOV 2026

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?
   Yes [✓]   No [ ]

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:
   (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit INVOLVING SAME FACTS:
       Plaintiff(s): Roger Lissery
       
       Defendant(s): Kelly Williams - lawyer - Judge Padgett -
       
   (b) Name of Court: Columbia County - 640 Ronald Reagan Drive, Po Office Box 2930
   (c) Docket Number: 2021 cr0351   When did you file this lawsuit? last year
   (d) Name of judge assigned to case: Wade Padgett
   (e) Is this case still pending?   Yes [ ]   No [✓]
   (f) If your answer to (e) is "No", when was it disposed of and what were the results?
       (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)
       Dismissed because I did not send my paper work

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?   Yes [ ]   No [✓]

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:
   (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:
       Plaintiff(s): N/A
       Defendant(s): N/A
   (b) Name of Court: N/A
   (c) Docket Number: N/A   When did you file this lawsuit? N/A
   (d) Name of judge assigned to case: 
   (e) Is this case still pending?   Yes [ ]   No [ ]

(f) If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

N/A

8. AS TO ANY LAWSUIT FILED IN ANY FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?    Yes ✓    No ☐

If your answer is Yes, state the name of the court and docket number as to each case:

Clerk U.S District Court
Po Box 1130 Augusta, GA.

### III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? Columbia County 640 Ronald Reagan Drive Po office Box 2930 Evans GA, 30809

(a) Does this institution have a grievance procedure?    Yes ✓    No ☐

(b) If your answer to question 9(a) is "Yes", answer the following:

   (1) Did you present your complaint(s) herein to the institution as a grievance?
   Yes ✓    No ☐

   (2) If Yes, what was the result? That the matter could not be put on civil when I know it can

   (3) If No, explain why not:

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

12-1-2023 at the Jail of Columbia county Jail at Jackson Prison me Roger Ussery writing fed court DoJ also Southern Center Human Rights - 4-4-2024

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?   Yes ✓   No ☒   R.U

(1) If Yes, to whom did you appeal and what was the result? I appeal to the Warden to the appeal courts and I got no answer this far

(2) If No, explain why you did not appeal: N/A

10. In what other institutions have been confined? Give dates of entry and exit.

Jackson Prison - Georgia Diagnostic Classification Prison PO Box 3877 Jackson GA, 30233 Feb 13th 2024

Also River Bend C.F 196 laying Farm Rd Milledgeville, GA. 31061

### IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.

River Bend C.F 196 laying Farm Rd Milledgeville, GA. 31061

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

Public Defender Office ineffective Assistance Attorney Kelly Williams that was on the case law office of the Public Defender Columbia Judicial Circuit 7045 Evans town Center Boulevard, Third Floor Evans GA, 30809

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court **WHAT** you contend happened to you, **WHEN** the incident(s) you complain about occurred, **WHERE** the incident(s) took place, **HOW** your constitutional rights were violated, and **WHO** violated them? Describe how <u>each</u> defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE <u>REQUIRES</u> THAT PLEADINGS BE <u>SIMPLE</u>, <u>CONCISE</u>, and <u>DIRECT</u>! If the court needs additional information from you, you will be notified.

**WHERE** did the incident you are complaining about occur? That is, at what institution or institutions? Columbia County Evans GA

**WHEN** do you allege this incident took place? Columbia County Evans GA

**WHAT** happened? I was charged for a crime that was a civil case and my 1st 13th 14th Amendment was and still is in violation life liberty Do Process I own a moving company and I was charge with theft by tking before I got to the drop off and every thing was there of the house hold goods also I have a US Dot number as well as insurance nothing was file on my insurance with in the 90 days I had No civil court this is a civil case No one have every been locked up for something like this every

14. **List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened.** (USE ADDITIONAL SHEETS, IF NECESSARY)

N/A

15. **BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes!** (USE ADDITIONAL SHEETS, IF NECESSARY)

I want to go home Cherges dismissed off my record also I need money for the time I've been locked up

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 15th day of April, 2024.

_[signature]_
PLAINTIFF

# INCIDENT/INVESTIGATION REPORT

| | | |
|---|---|---|
| Agency Name: Columbia County Sheriff's Office | | Case# 20-018133 |
| ORI: GA 0360000 | | Date/Time Reported: 11/13/2020 00:05 Fri |
| | | Last Known Secure: 11/02/2020 12:00 Mon |
| Location of Incident: 305 BELLA ROSE DR, Evans GA 30809 | Gang Relat: NO  Premise Type: Residence/home  Beat/Beat: B11 | At Found: 11/13/2020 00:05 Fri |

## INCIDENT DATA

**#1 Crime Incident(s):** Larceny - Theft By Deception Fel/Misd 16-8-3 (Com)
Weapon/Tools: None

**#2 Crime Incident:**

**#3 Crime Incident:**

## VICTIM

# of Victims: 1   Type: INDIVIDUAL (NON LE)   Injury: None   Domestic: NO

**V1** Victim/Business Name: SAFI, ZAHRA
Victim of Crime #: 1   Age: 30   Race: W   Sex: F   Relationship To Offender: IAO   Resident Status: Resident

Employer Name/Address: MACY'S AUGUSTA, GA (SALES ASSOCIATE)
Business Phone: 706-731-9092

## OTHERS INVOLVED

CODES: V- Victim (Denote V2, V3)   WI = Witness   IO = Involved Other   RP = Reporting Person (if other than victim)

Type: INDIVIDUAL (NON LE)
Code: IO   Name: REEP, STEVEN JASON
Race: W   Sex: M   Resident Status: Non-Resident

## PROPERTY

1 = None  2 = Burned  3 = Counterfeit/Forged  4 = Damaged/Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 16 | 7 | 100,000.00 | | 1 | HOUSEHOLD GOODS | | |

Officer/ID#: ROSE, C. A. (SOD, CS) (93567)
Outstanding Stolen Val [Total Stolen]: $100,000.00 [$100,000.00]
Invest ID#: BROWN, T. A. (INV, PC) (94049)
Supervisor: WIMMER, R. A. (PAT, COMS) (92121)

Case Status: Closed Pending Arrest   12/11/2020
Case Disposition:

Page 1

R_CS1IBR   Printed By: JDORN, CIDADM2   Sys#: 140229   12/04/2023 08:46

## INCIDENT/INVESTIGATION REPORT

Columbia County Sheriff's Office

Case # 20-018133

Status Codes: 1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown

| IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

D R U G S

Assisting Officers

Suspect Hate / Bias Motivated: **NONE (NO BIAS)**

### NARRATIVE

I responded to the listed address in reference to a suspicious situation.

Zahra Safi stated she hired D & A Transport Florida LLC on 11/02/20 to move her belongs to California. Zahra said the cost was $2,300.00 with a $500.00 deposit. On 11/07/20 Steven Reep and Roger Ussery arrived in a Uhaul truck to begin moving. The Uhaul truck they arrived in was too small so they told Zahra to rent a bigger truck. Zahra then rented a Penske truck for $1,668.60 from Home Depot in Evans. Roger told Zahra he needed half of the $1,800.00 she owed the company before they began to load the truck. Zahra said she gave him $800.00 since that was all she had on her. Steven and Roger then left in the Uhaul and picked up the Penske truck.

On 11/03/20 Steven and Roger arrived and loaded the Penske truck. Roger told Zahra the total price went up $600.00 because it was a bigger truck and they needed half, so she gave them an additional $300.00.

Today Zahra received a text from Roger stating they were in Idaho and needed $500.00 more for gas. Zahra told him that was not part of the deal and he said he was going to abandon the vehicle and return home if she didn't pay.

Zahra contacted Penske and asked them to track the truck's location. Zahra was told the truck was at a Pilot services station in Braselton, GA off highway 85 as of 11/12/20 @ 2249hrs.

Zahra tried to contact the moving company with negative results and is going to try again in the morning. Zahra said she has a contract with the company, but couldn't locate it at this time.

Zahra said everything she owns is inside the truck and valued it at $100,000-$150,000.  *Indictment defective*



**GEORGIA PUBLIC DEFENDER COUNCIL**

**LAW OFFICE OF THE PUBLIC DEFENDER**
**COLUMBIA JUDICIAL CIRCUIT**

7045 Evans Town Center Boulevard, Third Floor
Evans, Georgia 30809
Telephone: 706-447-6750; FAX: 706-447-6758

**MACK TAYLOR**
*CIRCUIT PUBLIC DEFENDER*

---

11/6/2023

**LEGAL MAIL**
*Attorney/Client Confidentiality*
Roger Ussery
Columbia County Detention Center
Post Office Box 310
Appling, GA 30802

Mr. Ussery,

I have already advised the Court regarding this case being an "admission" (other than admitting to the alleged absconding) and the case will be set for hearing on November 29th. Unfortunately, there is no way to get in court earlier. I understand your position about the charges and wishes that they be heard as civil matters rather than criminal, but being that you have already been sentenced on that, there is nothing I can do, other than look forward and get the best resolution possible. As the date approaches, I will come see you again.

Thank you.

Hunter Alexander
Law Office of the Public Defender
Columbia Judicial Circuit
706-447-6750

# COLUMBIA COUNTY DETENTION CENTER
## INMATE REQUEST FORM

DATE: 12-1-2023

TO: Dep.dute 94700 RECEIVING DEPUTY

_____ 9245 _____ SHIFT SUPERVISOR

UNABLE TO RESOLVE AT SHIFT LEVEL, FORWARD TO:

✓ CLASSIFICATION        ✓ ADMIN

___ MEDICAL              ___ INMATE FUNDS

✓ OTHER: _____

FROM INMATE: Roger Ussery     CELL LOCATION B-6

### TYPE OF REQUEST

___ INFORMATION

___ TO SPEAK WITH YOU (State why in the remarks section)

**REMARKS:** I Need my inciedent Report From 2021 I have ask for this 3 times I really need that copy Please inciedent Report From Todd brown on what happen when he went out to the people house in 2021 mohammed Safi

The receiving deputy will exhaust all measures to answer this request prior to requesting assistance from his/her supervisor. A shift supervisor will review prior to forwarding.

**RESPONSE:** I/M REQUEST SENT TO INV BROWN ON 4 DEC 23 VIA EMAIL

RS 9752
4 DEC 23

CCDC Form 47
Revised 06-08-2021

Roger Gossery ID#203192
196 Laying Farm Road
Millville, GA. 31061

To: Clerk U.S District court
PO Box 1130
Augusta, GA. 30903

RIVERBEND CORRECTIONAL FACILITY
196 LAYING FARM RD
MILLEDGEVILLE, GA 31061

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.