IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| ROGER USSERY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 124-057 |
| | ) |
| LAW OFFICE OF PUBLIC DEFENDER | ) |
| COLUMBIA JUDICIAL CIRCUIT and | ) |
| KELLY WILLIAMS, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** Plaintiff's motion to proceed *in forma pauperis*, (doc. no. 2), **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 28th day of June, 2024, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA